666

No. 184. TAYLOR ET AL., TRUSTEES OF LAKE PLACID METHODIST CHURCH, *v.* PAYNE, ADMINISTRATRIX. ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ October 9, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Campbell* v. *California,* 200 U. S. 87, 94, and cases cited; *Stebbins* v. *Riley,* 268 U. S. 137, 140, and cases cited; (2) *Murdock* v. *Pennsylvania,* 319 U. S. 105, 110, and cases cited; *Prince* v. *Massachusetts,* 321 U. S. 158, 166–169. *Mr. W. D. Bell* for appellants. *Mr. J. Thomas Gurney* for appellee.

No. 194. FINLAYSON ET VIR. *v.* TOWN OF MONTICELLO. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ October 9, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Campbell* v. *Olney,* 262 U. S. 352; *North Laramie Land Co.* v. *Hoffman,* 268 U. S. 276, 283; *Utley* v. *St. Petersburg,* 292 U. S. 106; *Anderson National Bank* v. *Luckett,* 321 U. S. 233, 247. *Mr. Weldon G. Starry* for appellants. *Mr. Lawrence A. Truett* for appellee.

No. 211. MERCEDES REALTY, INC. *v.* STANDARD HOMESTEAD ASSOCIATION. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ October 9, 1944. *Per Curiam:* The motion for leave to file statement as to jurisdiction is granted. The appeal is dismissed for want of a substantial federal question. *Rast* v. *Van Deman & Lewis Co.,* 240 U. S. 342, 357; *Fort Smith Light & Traction Co.* v. *Board of Improvement,* 274 U. S. 387, 391. *Mr. Moses C. Scharff* for appellant.